NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

BRIAN W. IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brian.irvin@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Pamela Brown, Individually, and as Special Administratrix of the Estate of James Brown,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:20-cv-01814-GMN-DJA<br><br>**Stipulation to Extend the United States' Deadline to Answer**<br>**(First Request)** |

Pursuant to Local Rule IA 6-1, Defendant United States of America requests a 21-day extension of time to file an answer or otherwise respond to Plaintiff's Complaint. (ECF No. 1). Based on the date of service of the summons and complaint on the United States, the answer or other response is due by November 30, 2020. With the extension, the new deadline to answer or otherwise respond would be December 21, 2020. This is the United States' first request for extension.

This is a wrongful death claim brought under the Federal Tort Claims Act ('FTCA"). Given the nature of this action, counsel for the United States must review the decedent's medical records before responding to the allegations in the Complaint. Counsel for the United States requests additional time to review the file because he is

preparing for an upcoming trial in the matter *Tucker v. United States*, case no. 2:18-02255-VCF. The United States does not anticipate that more than the 21 days requested will be necessary to file an answer or otherwise respond to the Complaint.  Counsel for the United States has discussed this matter with counsel for Plaintiff. The parties agree to the proposed 21-day extension.

**WHEREFORE**, the United States respectfully requests that this stipulation be granted and that the answer or other response be made due by **December 21, 2020.**

Respectfully submitted this 30th day of November 2020.

| | |
|---|---|
| LAIRD LAW, PLLC | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Danial O. Laird*<br>DANIAL O. LAIRD, ESQ.<br>8991 West Flamingo Road, Suite C<br>Las Vegas, Nevada 89147 | */s/ Brian W. Irvin*<br>BRIAN W. IRVIN<br>Assistant United States Attorney |
| *Attorney for Plaintiff* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
**UNITED STATES MAGISTRATE JUDGE**

DATED: December 1, 2020

2