NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

BRIAN W. IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brian.irvin@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Pamela Brown, Individually, and as Special Administratrix of the Estate of James Brown,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:20-cv-01814-GMN-DJA<br><br>**Stipulation to Extend the United States' Deadline to Answer**<br>**(Second Request)** |

Pursuant to Local Rule IA 6-1, Defendant United States of America requests a 30-day extension of time to file an answer or otherwise respond to Plaintiff's Complaint. (ECF No. 1). Based on the last stipulation by the parties (ECF No. 10), the answer or other response is due by December 21, 2020. With the extension, the new deadline to answer or otherwise respond would be January 20, 2021. This is the United States' second request for extension.

This is a wrongful death claim brought under the Federal Tort Claims Act ("FTCA"). Given the nature of this action, counsel for the United States must review the decedent's medical records before responding to the allegations in the Complaint. Counsel for the United States is still awaiting records from the agency. Counsel for the

United States does not believe it will take more than 30 days to obtain the records and prepare an answer. Counsel for the United States has discussed this matter with counsel for Plaintiff. The parties agree to the proposed 30-day extension.

**WHEREFORE**, the United States respectfully requests that this stipulation be granted and that the answer or other response be made due by **January 20, 2021.**

Respectfully submitted this 18th day of December 2020.

| | |
|---|---|
| LAIRD LAW, PLLC | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Danial O. Laird<br>DANIAL O. LAIRD, ESQ.<br>8991 West Flamingo Road, Suite C<br>Las Vegas, Nevada 89147 | /s/ Brian W. Irvin<br>BRIAN W. IRVIN<br>Assistant United States Attorney |
| *Attorney for Plaintiff* | *Attorneys for the United States* |

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**DATED:** December 21, 2020