CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

BRIAN W. IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brian.Irvin@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Pamela Brown, Individually, and as Special Administratrix of the Estate of James Brown,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>United States of America,<br><br>　　　　Defendant. | Case No. 2:20-cv-01814-GMN-DJA<br><br>**Stipulation to Extend Remaining Deadlines (First Request)** |

　　Pursuant to Local Rule 26-4 and Local Rule IA 6-1, the parties respectfully move for a 60-day extension of the remaining deadlines. This is the first request for an extension of time. This stipulation is filed more than 21 days before the next pending deadline in the Discovery Plan and Scheduling Order.

　　**A. Discovery completed to date**

　　This is a complex medical malpractice wrongful death case. The parties have provided disclosures, exchanged written discovery, including numerous medical records, subpoenaed multiple third parties, have completed multiple depositions, and otherwise diligently moved forward in this matter.

### B. Remaining Discovery

The parties anticipate several depositions of fact witnesses, as well as expert and rebuttal witnesses. The parties are still exchanging documents and additional written discovery. They will disclose expert reports and rebuttal reports. They will continue written discovery including subpoenas to third parties. They will continue to provide supplemental disclosures.

### C. Reasons for Requested Extension

The parties have completed the depositions of several percipient witnesses, and they are collectively working to schedule depositions of several former VA employees, Dr. Ayat, Dr. Kalayeh, and Dr. Green. In early September, Plaintiff issued written discovery requests to Defendant. The parties recently reached an agreement wherein Defendant will respond to written discovery in early November and then attempt to schedule the remaining depositions in late November and December.

Given the above, the parties anticipate that the current expert deadline (November 22, 2021) does not allow sufficient time for the parties to complete the remaining depositions, obtain transcripts, and work with experts to review and incorporate the information into their respective disclosures. The parties are seeking this extension in order to allow sufficient time to complete the necessary discovery in this complex case. The parties have and will continue to cooperate in conducting discovery and are seeking this extension in good faith and without purpose of delay.

### D. Proposed revised discovery schedule

|  | Current due date | Proposed due date |
|---|---|---|
| Discovery Cut-Off | January 20, 2022 | March 23, 2022 |
| Amending Pleadings | October 22, 2021 | December 21, 2021 |
| Adding Parties | October 22, 2021 | December 21, 2021 |
| Expert Disclosures | November 22, 2021 | January 22, 2022 |

| Rebuttal Expert Disclosures | December 21, 2021 | February 21, 2022 |
| --- | --- | --- |
| Dispositive Motions | February 21, 2022 | April 22, 2022 |
| Pre-Trial Order | March 23, 2022 | May 23, 2022 |

Respectfully submitted this 29th day of September 2021.

LAIRD LAW, PLLC

/s/ Danial Laird
DANIAL LAIRD
8991 West Flamingo Rd., Suite C
Las Vegas, NV 89147

*Attorney for Plaintiff*

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Brian W. Irvin
BRIAN W. IRVIN
Assistant United States Attorney

*Attorney for the United States*

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 30, 2021

3