JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Troy.Flake@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Pamela Brown, Individually, and as Special Administratrix of the Estate of James Brown,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:20-cv-01814-CDS-DJA<br><br>**Stipulation to Extend Remaining Deadlines (Fourth Request)** |

Pursuant to Local Rule 26-4 and Local Rule IA 6-1, the parties respectfully request a ~~60~~ 30-day extension of the remaining deadlines. This is the ~~third~~ fourth request for an extension of time.

### A. Discovery completed to date

This is a complex medical malpractice wrongful death case. The parties have provided disclosures, exchanged written discovery, including numerous medical records, and subpoenaed multiple third parties. The parties have deposed the plaintiff, other family members of the decedent, and two of the medical providers who treated the decedent. The deadlines for amendment and to add parties have passed. The parties have closely cooperated to move discovery forward. The deposition of Dr. Ayat, a cardiologist who treated the decedent was taken on April 18, 2022.

### B. Remaining Discovery

The parties are nearing completion of fact witness depositions. Although the parties have exchanged a significant amount of written discovery, and have served numerous subpoenas, some further written discovery will be necessary. The main task remaining in discovery is disclosure of expert witnesses and reports, disclosing rebuttal experts and rebuttal reports, and conducting expert witness depositions.

### C. Reasons for Requested Extension

It is Plaintiff counsel's understanding that one of his experts has encountered unexpected heavy clinical responsibilities associated with a Covid resurgence in California. It is Plaintiffs' counsel's understanding that this expert may have difficulty completing his Initial Expert Report pursuant to the current deadline for Initial Disclosure of Expert Reports. There have been difficulties communicating with this expert due to the expert's onerous clinical schedule due to the Covid pandemic.

Given the above, the parties are seeking this extension to allow sufficient time to complete the necessary discovery in this complex case. The parties have and will continue to cooperate in conducting discovery and are seeking this extension in good faith and without purpose of delay.

### D. Proposed revised discovery schedule

|  | Current due date | Proposed due date |
| --- | --- | --- |
| Discovery Cut-Off | August 22, 2022 | September 22, 2022 |
| Expert Disclosures | June 22, 2022 | July 22, 2022 |
| Rebuttal Expert Disclosures | July 22, 2022 | August 22, 2022 |
| Dispositive Motions | September 23, 2022 | October 24, 2022 |
| Pre-Trial Order | October 24, 2022 | November 23, 2022 |

Respectfully submitted this 15th day of June 2022.

| | |
|---|---|
| LAIRD LAW, PLLC | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ *Danial Laird*<br>DANIAL LAIRD<br>The Riley Building<br>4175 S. Riley St., Ste. 102<br>Las Vegas, NV 89147<br><br>*Attorney for Plaintiff* | /s/ *Troy K. Flake*<br>TROY K. FLAKE<br>Assistant United States Attorney<br><br>*Attorney for the United States* |

**IT IS SO ORDERED**.

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: June 17, 2022

3