DANIAL LAIRD, M.D., J.D.
Nevada State Bar No. 11831
**LAIRD LAW PLLC**
4175 S. Riley Street, Suite 102
Las Vegas, Nevada 89147
*Telephone:* (702) 800-0300
*Facsimile:* (702) 202-1992
*EMail:* Dan@LairdLaw.com
www.LairdLaw.com
*Attorney for Plaintiff*

# DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| Pamela Brown, Individually, and as Special Administratrix of the Estate of James Brown,<br><br>　　　　　　　Plaintiffs,<br>　　vs.<br><br>United States of America<br>　　　　　　　Defendant. | Case No.: 2:20-cv-01814-CDS-DJA<br><br>**Stipulation to Extend Remaining Deadlines (Fifth Request)** |

　　Pursuant to Local Rule 26-4 and Local Rule IA 6-1, the parties respectfully request a 60-day extension of the remaining deadlines. This is the fifth request for an extension of time.

///

-1-

### A. Discovery completed to date

This is a complex medical malpractice wrongful death case. The parties have provided disclosures, exchanged written discovery including numerous medical records, and subpoenaed multiple third parties. The parties have deposed the plaintiff, other family members of the decedent, and two of the medical providers who treated the decedent. The deadlines for amendment and to add parties have passed. The parties have closely cooperated to move discovery forward. The deposition of Dr. Ayat, a cardiologist who treated the decedent was taken on April 18, 2022.

### B. Remaining Discovery

The parties have completed fact witness depositions and are very near the completion of written discovery. The main tasks remaining in discovery are disclosure of rebuttal experts and rebuttal reports, and conducting expert and rebuttal witness depositions.

### C. Reasons for Requested Extension

Rebuttal Expert Disclosures are currently set for August 22, 2022, and Discovery is currently set to close on September 22, 2022. Parties are concerned that it will be difficult to complete expert witness and rebuttal expert witness depositions prior to the close of discovery. Additionally, Plaintiff's counsel is anticipating ophthalmological surgery which will further limit the availability of deposition dates.

Given the above, the parties are seeking this extension to allow sufficient time to complete the necessary discovery in this complex case. The parties have and will continue to cooperate in conducting discovery and are seeking this extension in good faith and without purpose of delay.

D.  **Proposed revised Discovery Schedule**

|  | **Current due date** | **Proposed due date** |
|---|---|---|
| Discovery Cut-Off | September 22, 2022 | November 22, 2022 |
| Rebuttal Expert Disclosures | August 22, 2022 | October 24, 2022 |
| Dispositive Motions | October 24, 2022 | December 27, 2022 |
| Pre-Trial Order | November 23, 2022 | January 23, 2023 |

Respectfully submitted this 19th day of August, 2022

**LAIRD LAW PLLC**

/s/ *Danial Laird*
_____
DANIAL LAIRD, M.D., J.D.
Nevada Bar No. 11831
4175 S. Riley Street, Suite 102
Las Vegas, NV 89147
*Attorneys for Plaintiff*

**CHRISTOPHER CHIOU**
Acting United States Attorney
/s/ *Troy K. Flake*
_____
TROY K. FLAKE
Assistant United States Attorney

*Attorney for the United States*

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __August 22, 2022_____