JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Troy.Flake@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Pamela Brown, Individually, and as Special Administratrix of the Estate of James Brown,<br><br>    Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>    Defendant. | Case No. 2:20-cv-01814-CDS-DJA<br><br>**Stipulation to Extend Remaining Deadlines (Sixth Request)** |

Pursuant to Local Rule 26-4 and Local Rule IA 6-1, the parties respectfully request a 60-day extension of the remaining deadlines. This is the sixth request for an extension of time.

**A. Discovery completed to date**

This is a complex medical malpractice wrongful death case. The parties have provided disclosures, exchanged written discovery, including numerous medical records, and subpoenaed multiple third parties. The parties have deposed the plaintiff, other family members of the decedent, and three of the medical providers who treated the decedent. The deadlines for amendment and to add parties have passed. The parties have closely cooperated to move discovery forward.

**B. Remaining Discovery**

The parties have completed fact witness depositions and written discovery. The main task remaining in discovery is conducting the expert witness deposition of Plaintiff's expert, Dr. MacGregor.

**C. Reasons for Requested Extension**

Plaintiff's expert, Dr. MacGregor has a demanding schedule and limited availability. The parties cooperated to find mutually agreeable dates for his deposition and scheduled it for November 4, 2022. Unfortunately, counsel for the United States' father passed away on October 28, 2022, and he was required to cancel the deposition to attend the funeral. Dr. MacGregor and Plaintiff's counsel have been accommodating, but the parties have been unable to find another date for the deposition within the discovery period.

Given the approaching holidays and various scheduling conflicts, the parties respectfully request an additional 60 days to complete Dr. MacGregor's deposition. They are seeking this extension in good faith and without purpose of delay.

//
//
//
//
//
//
//
//
//
//
//
//

**D. Proposed revised discovery schedule**

|  | Current due date | Proposed due date |
|---|---|---|
| Discovery Cut-Off | November 22, 2022 | January 23, 2023 |
| Dispositive Motions | December 27, 2022 | February 27, 2023 |
| Pre-Trial Order | January 23, 2022 | March 20, 2023 |

Respectfully submitted this 21st day of November 2022.

| | |
|---|---|
| LAIRD LAW, PLLC | JASON M. FRIERSON<br>United States Attorney |
| /s/ Danial Laird<br>DANIAL LAIRD<br>The Riley Building<br>4175 S. Riley St., Ste. 102<br>Las Vegas, NV 89147 | /s/ Troy K. Flake<br>TROY K. FLAKE<br>Assistant United States Attorney |
| *Attorney for Plaintiff* | *Attorney for the United States* |

**IT IS SO ORDERED**.

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 11/23/2022