JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Troy.Flake@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Pamela Brown, Individually, and as Special Administratrix of the Estate of James Brown,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>United States of America,<br><br>　　　　Defendant. | Case No. 2:20-cv-01814-CDS-DJA<br><br>**JOINT MOTION TO SET SETTLEMENT CONFERENCE BEFORE UNITED STATES MAGISTRATE JUDGE AND STAY DEADLINES** |

　　　　The parties respectfully request that the Court set this matter for a settlement conference before a United States Magistrate Judge pursuant to Local Rules IB 1-7(b) and LR16-5.

　　　　This is a medical malpractice case against the United States arising out of treatment provided by employees of the United States. Discovery in this matter closed on January 23, 2023, and the Joint Pretrial order is currently due on **March 20, 2023**. The parties have discussed settlement in this matter and believe that a settlement conference may lead to a resolution of this case.

　　　　The parties request that this case be set for a settlement conference before a United States Magistrate Judge at a time convenient to the Court and counsel.

　　　　Counsel for the parties are available for a settlement conference the week of April 3-7, April 10-14, or April 17-21, 2023. The undersigned can provide additional dates upon

request. The parties further requests that all other pre-trial deadlines be stayed, including the deadline to file the Joint Pretrial Order, pending the outcome of the settlement conference.

Respectfully submitted this 24th day of February, 2023.

| | |
|---|---|
| LAIRD LAW, PLLC | JASON M. FRIERSON<br>United States Attorney |
| /s/ Danial Laird<br>DANIAL LAIRD<br>The Riley Building<br>4175 S. Riley St., Ste. 102<br>Las Vegas, NV 89147 | /s/ Troy K. Flake<br>TROY K. FLAKE<br>Assistant United States Attorney |
| *Attorney for Plaintiff* | *Attorney for the United States* |

### ORDER

Having reviewed the parties' Joint Motion to Set Settlement Conference Before United States Magistrate Judge [ECF No. 39] and Motion to Stay Deadlines [ECF No. 40], the Court finds good cause to GRANT the motions. The Court will enter a separate order scheduling the settlement conference. The joint pretrial order deadline is STAYED pending the outcome of the settlement conference. In the event a settlement is not reached, the joint pretrial order will be due no later than thirty (30) days after the settlement conference. IT IS SO ORDERED.

DATED this 1st day of March, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE