JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Troy.Flake@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Pamela Brown, Individually, and as Special Administratrix of the Estate of James Brown,<br><br>Plaintiffs<br><br>v.<br><br>United States of America,<br><br>Defendant | Case No. 2:20-cv-01814-CDS-DJA<br><br>**STIPULATION AND ORDER TO DISMISS** |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that this action be dismissed with prejudice, as to all claims, causes of action, and parties and

//

//

//

//

//

//

//

//

that each party shall bear its own attorney's fees and costs.

Respectfully submitted this 28th day of June, 2023.

LAIRD LAW, PLLC

JASON M. FRIERSON
United States Attorney

/s/  Danial Laird
DANIAL LAIRD
The Riley Building
4175 S. Riley St., Ste. 102
Las Vegas, NV 89147

/s/  Troy K. Flake
TROY K. FLAKE
Assistant United States Attorney

*Attorney for Plaintiff*

*Attorney for the United States*

**It is so ordered:**

_____
United States District Judge
DATED: June 28, 2023